**VAN–117** Hearing Conference Worksheet – Rev. 01/06/2022

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
Grata Cafe, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

TaxID: 86–2871884

CASE NO.: 22–00494–5–JNC

DATE FILED: March 8, 2022

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

11a Status Conference

Travis Sasser

2000 Regency Parkway, Suite 230
Cary, NC 27518

(919) 319–7400

DATED: March 8, 2022

Jade Campbell