UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

GRATA CAFE, LLC.  CASE NO. 22-00494-5-JNC
　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
DEBTOR

## APPLICATION FOR APPROVAL OF COMPENSATION OF JEROME RADFORD

Pursuant to E.D.N.C. LBR 4002-1(d) the debtor hereby makes application for approval of compensation and employment of Jerome Radford, and in support thereof shows the Court as follows:

1. The above-captioned Debtor filed a voluntary petition under Title 11, Chapter 11 of the United States Bankruptcy Code on March 8, 2022. Since the filing, the Debtor has operated as a debtor-in-possession. The Debtor operates a breakfast and lunch café in Carrboro, NC.

2. Mr. Radford is the sole owner and manager of the Debtor. He works between forty and sixty hours per week.

3. Prior to the filing of this case, he was compensated in the form of owner draws, estimated to have totaled approximately $50,000 in 2021.

WHEREFORE, the debtor respectfully requests the following:

1.　　That it be allowed to employ Jerome Radford as a W2 employee.

2.　　That compensation for Jerome Radford be approved by the Court at the rate of $48,000 per year (gross) or $1,846 per bi-weekly payroll.

This the 8th day of March, 2022

SASSER LAW FIRM

By: s/ Travis Sasser
Travis Sasser, State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919-319-7400
Fax: 919-657-7400

## VERIFICATION

I, Jerome Radford, am the Debtor's owner and manager in the above referenced case, and I hereby state, under penalty of perjury, that I have reviewed the foregoing Application, and its contents are true according to the best of my knowledge, information, and belief. I respectfully pray the Court to receive this Verified Application also as an affidavit.

_____
Jerome Radford
Grata Cafe, LLC

Sworn to and subscribed before me this 8th day of March, 2022.

_____
NOTARY PUBLIC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

GRATA CAFE, LLC.                   CASE NO. 22-00494-5-JNC
                                                              CHAPTER 11
       DEBTOR

### NOTICE OF APPLICATION

NOTICE IS HEREBY GIVEN that an Application has been filed by the Debtor. A copy of the Application accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have twenty-one (21) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: March 8, 2022

                                                      /s/ Travis Sasser
                                                      Travis Sasser
                                                      N.C. State Bar No. 26707
                                                      Sasser Law Firm
                                                      Attorneys for Debtor
                                                      2000 Regency Parkway, Suite 230
                                                      Cary, North Carolina 27518
                                                      Tel: 919.319.7400
                                                      Fax: 919.657.7400
                                                      tsasser@carybankruptcy.com

## CERTIFICATE OF SERVICE

The foregoing Application to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

Bankruptcy Administrator
***Served electronically***

*ALL PARTIES ON THE ATTACHED MAILING MATRIX*

Dated: March 8, 2022

/s/ Travis Sasser
Travis Sasser
N.C. State Bar No. 26707
Sasser Law Firm
Attorneys for Debtor
2000 Regency Parkway, Suite 230
Cary, North Carolina 27518
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

Grata Cafe, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510-1867

Boer Brothers
Attn: Managing agent
104-R NC Hwy 54 West #333
Carrboro, NC 27510-1597

Bonneville Electric
Attn: Managing agent
210 B Maple Avenue
Carrboro, NC 27510-2392

CFG Merchant Solutions
Attn: Managing Agent/Bankruptcy
180 Maiden Lane 15th Floor
New York, NY 10038-5150

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Carr Mill Mall Limited Partnership
Attn: Managing Agent
Post Office Box 673
Carrboro, NC 27510-0673

Carrboro Coffee Roasters
Attn: Managing agent
101 S. Greensboro Street
Carrboro, NC 27510-2338

Chubb & Son
Attn: Managing Agent/Bankruptcy
600 Independence Parkway
Chesapeake, VA 23320-5190

Complete Funding Group
Attn: Managing agent
333 City Blvd. W. Suite 1700
Orange, CA 92868-5905

Dominion Energy
Attn: Managing Agent/Bankruptcy
Post Office Box 100256
Columbia, SC 29202-3256

Duke Energy
Attn: Managing Agent/Bankruptcy
PO Box 960
Cincinnati, OH 45201-0960

Ecolab Pest
Attn: Managing Agent/Bankruptcy
Post Office Box 9658
Minneapolis, MN 55440-9658

Golden Malted
Attn: Managing agent
4101 William Richardson Drive
South Bend, IN 46628-9485

Green Grass Capital
Attn: Managing agent
1 Whitehall Street, Suite 200
New York, NY 10004-2109

Greenberg, Grant & Richard, Inc
5858 Westheimer Road, Ste 500
Houston, TX 77057-5645

Haw River Wine Man
Attn: Managing agent
PO Box 2043
Burlington, NC 27216-2043

Independent Funding Group
Attn: Managing agent
1829 Coney Island Avenue
Brooklyn, NY 11230-6546

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

Intuit Payroll Services
EMS Risk Management
6884 Sierra Center Parkway
Reno, NV 89511-2210

Jose Juan Garcia
1100 Poplar Avenue
Garner, NC 27529-3835

Lilly's Gourmet Pasta
Attn: Managing agent
1528 Tremont Street
Boston, MA 02120-2928

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

NuCo2
Attn: Managing Agent
PO Box 9011
Stuart, FL 34995-9011

Paychex, Inc.
15501 Weston Parkway, Suite 100
Cary, NC 27513-8636

Pepsi
Attn: Managing Agent
700 Anderson Hill Road
Purchase, NY 10577-1444

Performance Food Service
Attn: Managing Agent/Bankruptcy
543 12th Street Drive NW
Hickory, NC 28601-4754

Pinnacle Credit Services
Attn: Bankruptcy Department
PO Box 740933
Dallas, TX 75374-0933

| | | |
|---|---|---|
| ProGuard Service & Solution<br>Atttn: Managing Agent/Bankruptcy<br>Post Office Box 32027<br>New York, NY 10087-2027 | Secure Capital Solutions<br>Attn: Managing agent<br>1829 Coney Island Avenue<br>Brooklyn, NY 11230-6546 | Sparrow & Sons Plumbing & Heating<br>Attn: Managing Agent/Bankruptcy<br>305 W. Weaver Street<br>Carrboro, NC 27510-2021 |
| Spothopper, LLC<br>Attn: Managing agent<br>324 E. Wisconsin Avenue, Suite 710<br>Milwaukee, WI 53202-4320 | Tarheel Linen Service<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 15028<br>Durham, NC 27704-0028 | Tayne Law Group<br>135 Pinelawn Road<br>Suite 250M<br>Melville, NY 11747-3122 |
| The Hartford<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 660916<br>Dallas, TX 75266-0916 | (p)TIME PAYMENT CORP<br>16 NEW ENGLAND EXECUTIVE PARK<br>STE 200<br>BURLINGTON MA 01803-5222 | Toast Capital<br>Attn: Managing agent<br>401 Park Drive, Suite 801<br>Boston, MA 02215-3372 |
| US Foods, Inc.<br>Attn: Managing agent<br>1500 NC Highway 39<br>Zebulon, NC 27597 | Vend Lease Company, Inc.<br>Attn: Managing Agent<br>8100 Sandpiper Cir, Suite 300<br>Baltimore, MD 21236-4992 | |