UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

GRATA CAFÉ, LLC,                                    CASE NO. 22-80071
                                                    CHAPTER 11

DEBTOR

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Use Cash Collateral, Motion to Expedite Hearing, and order Approving motion for Expedited Hearing was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Bankruptcy Administrator
*Served Electronically*

**The Following were served by Express Mail**

| | |
|---|---|
| CFG Merchant Solutions<br>Attn: Managing Agent/Bankruptcy<br>180 Maiden Lane 15th Floor<br>New York NY 10038 | US Foods, Inc.<br>Attn: Managing agent<br>1500 NC Highway 39<br>Zebulon NC 27597 |
| Green Grass Capital<br>Attn: Managing agent<br>1 Whitehall Street, Suite 200<br>New York NY 10004 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| United States Attorney<br>150 Fayetteville Stree, Suite 2100<br>Raleigh, NC 27601-2959 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530-0001 |
| US Attorneys Office<br>101 S. Edgeworth St, 4th Floor<br>Greensboro, NC 27401-6045 | |

**The Following on the Attached Mailing Matrix we served via regular mail.**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2022

/s/ Travis Sasser
Travis Sasser, State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com
*Attorney for Debtor*

Grata Cafe, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510-1867

Durham
P.O. Box 26100
Greensboro, NC 27402-6100

Boer Brothers
Attn: Managing agent
104-R NC Hwy 54 West #333
Carrboro, NC 27510-1597

Bonneville Electric
Attn: Managing agent
210 B Maple Avenue
Carrboro, NC 27510-2392

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Carr Mill Mall Limited Partnership
Attn: Managing Agent
Post Office Box 673
Carrboro, NC 27510-0673

Carrboro Coffee Roasters
Attn: Managing agent
101 S. Greensboro Street
Carrboro, NC 27510-2338

Chubb & Son
Attn: Managing Agent/Bankruptcy
600 Independence Parkway
Chesapeake, VA 23320-5190

Complete Funding Group
Attn: Managing agent
333 City Blvd. W. Suite 1700
Orange, CA 92868-5905

Dominion Energy
Attn: Managing Agent/Bankruptcy
Post Office Box 100256
Columbia, SC 29202-3256

Duke Energy
Attn: Managing Agent/Bankruptcy
PO Box 960
Cincinnati, OH 45201-0960

Ecolab Pest
Attn: Managing Agent/Bankruptcy
Post Office Box 9658
Minneapolis, MN 55440-9658

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Golden Malted
Attn: Managing agent
4101 William Richardson Drive
South Bend, IN 46628-9485

Greenberg, Grant & Richard, Inc
5858 Westheimer Road, Ste 500
Houston, TX 77057-5645

Haw River Wine Man
Attn: Managing agent
PO Box 2043
Burlington, NC 27216-2043

Independent Funding Group
Attn: Managing agent
1829 Coney Island Avenue
Brooklyn, NY 11230-6546

Intuit Payroll Services
EMS Risk Management
6884 Sierra Center Parkway
Reno, NV 89511-2210

Jose Juan Garcia
1100 Poplar Avenue
Garner, NC 27529-3835

Lilly's Gourmet Pasta
Attn: Managing agent
1528 Tremont Street
Boston, MA 02120-2928

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

NC Department of Revenue
PO Box 1168
Raleigh, NC 27602-1168

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

North Carolina Department of Commerce
Division of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NuCo2
Attn: Managing Agent
PO Box 9011
Stuart, FL 34995-9011

Orange County Taxes
Gateway Center Building
228 S Churton Street
Suite 200
Hillsborough, NC 27278-2540

Paychex, Inc.
15501 Weston Parkway, Suite 100
Cary, NC 27513-8636

Pepsi
Attn: Managing Agent
700 Anderson Hill Road
Purchase, NY 10577-1444

Performance Food Service
Attn: Managing Agent/Bankruptcy
543 12th Street Drive NW
Hickory, NC 28601-4754

Pinnacle Credit Services
Attn: Bankruptcy Department
PO Box 740933
Dallas, TX 75374-0933

ProGuard Service & Solution
Atttn: Managing Agent/Bankruptcy
Post Office Box 32027
New York, NY 10087-2027

Secure Capital Solutions
Attn: Managing agent
1829 Coney Island Avenue
Brooklyn, NY 11230-6546

Sparrow & Sons Plumbing & Heating
Attn: Managing Agent/Bankruptcy
305 W. Weaver Street
Carrboro, NC 27510-2021

Spothopper, LLC
Attn: Managing agent
324 E. Wisconsin Avenue, Suite 710
Milwaukee, WI 53202-4320

Tarheel Linen Service
Attn: Managing Agent/Bankruptcy
Post Office Box 15028
Durham, NC 27704-0028

Tayne Law Group
135 Pinelawn Road
Suite 250M
Melville, NY 11747-3122

The Hartford
Attn: Managing Agent/Bankruptcy
Post Office Box 660916
Dallas, TX 75266-0916

(p)TIME PAYMENT CORP
16 NEW ENGLAND EXECUTIVE PARK
STE 200
BURLINGTON MA 01803-5222

Toast Capital
Attn: Managing agent
401 Park Drive, Suite 801
Boston, MA 02215-3372

Vend Lease Company, Inc.
Attn: Managing Agent
8100 Sandpiper Cir, Suite 300
Baltimore, MD 21236-4992

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510-1867

William Miller
Bankruptcy Adminis
101 South Edgeworth Street
Greensboro, NC 27401-6024