**SO ORDERED.**

**SIGNED this 13th day of May, 2022.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN RE:
GRATA CAFE, LLC.                                   CASE NO. 22-80071-LMJ
                                                   CHAPTER 11
    DEBTOR

### ORDER GRANTING APPLICATION
### TO EMPLOY BANKRUPTCY COUNSEL

This matter came before the Court for consideration of the Application to Employ Bankruptcy Counsel ("Application") filed by Grata Café, LLC ("Debtor") pursuant to 11 U.S.C. § 327, and for good and sufficient reasons appearing, it is hereby

ORDERED that Debtor is authorized to employ Sasser Law Firm and Attorney Travis Sasser ("Bankruptcy Counsel") as bankruptcy counsel for Debtor effective as of the filing date of the Application.

IT IS FURTHER ORDERED that all compensation of Bankruptcy Counsel is subject to the approval of the Court, and no fees for services provided to Debtor shall be paid to Bankruptcy Counsel, from a retainer or otherwise, without prior application and approval of the Court.

END OF DOCUMENT

PARTIES TO BE SERVED
GRATA CAFE, LLC

William P. Miller
Bankruptcy Administrator
101 S. Edgeworth Street
Greensboro, NC 27401
VIA CM/ECF

See Matrix Attached

Grata Cafe, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510-1867

Durham
P.O. Box 26100
Greensboro, NC 27402-6100

Boer Brothers
Attn: Managing agent
104-R NC Hwy 54 West #333
Carrboro, NC 27510-1597

Bonneville Electric
Attn: Managing agent
210 B Maple Avenue
Carrboro, NC 27510-2392

CFG Merchant Solutions
Attn: Managing Agent/Bankruptcy
180 Maiden Lane 15th Floor
New York, NY 10038-5150

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Carr Mill Mall Limited Partnership
Attn: Managing Agent
Post Office Box 673
Carrboro, NC 27510-0673

Carrboro Coffee Roasters
Attn: Managing agent
101 S. Greensboro Street
Carrboro, NC 27510-2338

Chubb & Son
Attn: Managing Agent/Bankruptcy
600 Independence Parkway
Chesapeake, VA 23320-5190

Complete Funding Group
Attn: Managing agent
333 City Blvd. W. Suite 1700
Orange, CA 92868-5905

Dominion Energy
Attn: Managing Agent/Bankruptcy
Post Office Box 100256
Columbia, SC 29202-3256

Duke Energy
Attn: Managing Agent/Bankruptcy
PO Box 960
Cincinnati, OH 45201-0960

Ecolab Pest
Attn: Managing Agent/Bankruptcy
Post Office Box 9658
Minneapolis, MN 55440-9658

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Golden Malted
Attn: Managing agent
4101 William Richardson Drive
South Bend, IN 46628-9485

Green Grass Capital
Attn: Managing agent
1 Whitehall Street, Suite 200
New York, NY 10004-2109

Greenberg, Grant & Richard, Inc
5858 Westheimer Road, Ste 500
Houston, TX 77057-5645

Haw River Wine Man
Attn: Managing agent
PO Box 2043
Burlington, NC 27216-2043

Independent Funding Group
Attn: Managing agent
1829 Coney Island Avenue
Brooklyn, NY 11230-6546

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

Intuit Payroll Services
EMS Risk Management
6884 Sierra Center Parkway
Reno, NV 89511-2210

Jose Juan Garcia
1100 Poplar Avenue
Garner, NC 27529-3835

Lilly's Gourmet Pasta
Attn: Managing agent
1528 Tremont Street
Boston, MA 02120-2928

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

NC Department of Revenue
PO Box 1168
Raleigh, NC 27602-1168

(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

North Carolina Department of Commerce
Division of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NuCo2
Attn: Managing Agent
PO Box 9011
Stuart, FL 34995-9011

Orange County Taxes
Gateway Center Building
228 S Churton Street
Suite 200
Hillsborough, NC 27278-2540

Paychex, Inc.
15501 Weston Parkway, Suite 100
Cary, NC 27513-8636

Pepsi
Attn: Managing Agent
700 Anderson Hill Road
Purchase, NY 10577-1444

Pepsi Bottling Venutres
34 Seymour Street
Tonawanda, NY 14150-2126

Performance Food Service
Attn: Managing Agent/Bankruptcy
543 12th Street Drive NW
Hickory, NC 28601-4754

Pinnacle Credit Services
Attn: Bankruptcy Department
PO Box 740933
Dallas, TX 75374-0933

ProGuard Service & Solution
Atttn: Managing Agent/Bankruptcy
Post Office Box 32027
New York, NY 10087-2027

Secure Capital Solutions
Attn: Managing agent
1829 Coney Island Avenue
Brooklyn, NY 11230-6546

Sparrow & Sons Plumbing & Heating
Attn: Managing Agent/Bankruptcy
305 W. Weaver Street
Carrboro, NC 27510-2021

Spothopper, LLC
Attn: Managing agent
324 E. Wisconsin Avenue, Suite 710
Milwaukee, WI 53202-4320

Tarheel Linen Service
Attn: Managing Agent/Bankruptcy
Post Office Box 15028
Durham, NC 27704-0028

Tayne Law Group
135 Pinelawn Road
Suite 250M
Melville, NY 11747-3122

The Hartford
Attn: Managing Agent/Bankruptcy
Post Office Box 660916
Dallas, TX 75266-0916

(p)TIME PAYMENT CORP
16 NEW ENGLAND EXECUTIVE PARK
STE 200
BURLINGTON MA 01803-5222

Toast Capital
Attn: Managing agent
401 Park Drive, Suite 801
Boston, MA 02215-3372

US Attorneys Office
101 S. Edgeworth St, 4th fl
Greensboro NC 27401-6045

US Foods, Inc.
Attn: Managing agent
1500 NC Highway 39
Zebulon, NC 27597

United States Attorney
150 Fayetteville Street, Suite  2100
Raleigh, NC 27601-2959

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

Vend Lease Company, Inc.
Attn: Managing Agent
8100 Sandpiper Cir, Suite 300
Baltimore, MD 21236-4992

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510-1867

William Miller
Bankruptcy Adminis
101 South Edgeworth Street
Greensboro, NC 27401-6024