UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

IN RE:

GRATA CAFÉ, LLC,            )   Case No. 22-80071
                            )
      DEBTOR                )   Chapter 11
_____)

### CERTIFICATION BY THE BANKRUPTCY ADMINISTRATOR AS TO EVIDENCE OF TAX PAYMENTS MADE BY THE DEBTOR

Now Comes the United States Bankruptcy Administrator, by and through Counsel, and certifies to the Court that he has received documentary evidence that the Debtor made the following tax payments:

1. North Carolina Sale and Use Tax, for period ending April 30, 2022, due May 2022, $3359.20 paid June 13, 2022.

2. North Carolina withholding, for period ending May 31, 2022, due June 2022, $537.00 paid June 13, 2022.

3. Federal 941 tax deposit, for period during second quarter 2022, $1970.72 payment sent June 13, 2022, settlement June 14, 2022.

This the 15th day of June, 2022.

WILLIAM P. MILLER, ESQ.
U.S. Bankruptcy Administrator

By s/Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant U. S. Bankruptcy
Administrator State Bar No. 9422
101 S. Edgeworth Street
Greensboro, North Carolina 27401
tel: 336.358.4179

CERTIFICATE OF SERVICE

      This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

Grate Café, LLC
200 N. Greensboro Street, Ste B12
Carrboro, NC 27510

Travis Sasser                        via electronic service

Date: June 15, 2022.                        By: s/Shannon Gray
                                                                      Bankruptcy Analyst