UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

In re:

Grata Café, LLC,

Debtor

Case No. B-22-80071
Chapter 11

### WAIVER OF HEARING ON MOTION TO DISMISS WITHIN 30 DAYS
### (Section 1112(b)(3))

Now Comes the United States Bankruptcy Administrator, by and through counsel, hereby waives the Section 1112(b)(3) requirement that a hearing on its Motion to Dismiss (Doc. 93) be held within thirty (30) days of the filing of the Motion.

This 3rd day of August, 2022.

**U. S. BANKRUPTCY ADMINISTRATOR**

By: s/ Robert E. Price, Jr.
Assistant Bankruptcy Administrator
NC State Bar No. 9422
101 S. Edgeworth St.
Greensboro, NC 27401
(336) 358-4170

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

In re:

Grata Café, LLC,

Debtor

Case No. B-22-80071
Chapter 11

## CERTIFICATE OF SERVICE

This is to certify that the **WAIVER** was served upon the follo9wing on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

Grata Café, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Travis Sasser
Sasser Law Firm
Suite 300
2000 Regency Parkway
Cary, NC 27518

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

August 3, 2022.

U. S. BANKRUPTCY ADMINISTRATOR

By: s/ Shannon Gray
Bankruptcy Analyst