**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

IN RE:

GRATA CAFÉ, LLC.                                    CASE NO. 22-80071-LMJ
                                                    CHAPTER 11
    DEBTOR

### RESPONSE TO BANKRUPTCY ADMINISTRATOR'S MOTION TO DISMISS FOR CAUSE

NOW COMES Grata Cafe, LLC, Debtor-in-Possession (hereinafter "Debtor"), by and through counsel, and responds to the Motion of the Bankruptcy Administrator filed on August 1, 2022, to dismiss the Debtor's chapter 11 case for cause:

1. Debtor consents to a prompt dismissal of this case without a hearing.

WHEREFORE, Debtor respectfully prays the Court as follows:

1. That this case under chapter 11 be dismissed without prejudice and without a hearing;

2. For such other and further relief as may be just and proper.

This the 9th day of August 2022

/s/Philip Sasser
Philip Sasser
Attorney for Debtor
State Bar No. 38479
2000 Regency Parkway, Suite 230
Cary, North Carolina 27518
Tel: 919.319.7400
Fax: 919.657.7400

## CERTIFICATE OF SERVICE

I, Travis Sasser, do hereby certify that true copies of the foregoing Response was served on the party listed below.

    Bankruptcy Administrator
    ***Served Electronically***

Dated: August 9, 2022

    /s/Travis Sasser
    Travis Sasser
    Attorney for Debtor
    State Bar No. 26707
    2000 Regency Parkway,
    Suite 230
    Cary, North Carolina 27518
    Tel: 919.319.7400
    Fax: 919.657.7400