UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT
DURHAM DIVISION

IN RE:

Grata Café, LLC ,                              Case No 22-80071
                                               Chapter 11
        Debtor

WITHDRAWAL OF DOCUMENT

The undersigned Bankruptcy Administrator for the Middle District of North Carolina hereby withdraws the Motion Certification by the Ba As to Evidence of Tax Payments Made by the Debtor [Docket No. 101]. The incorrect event code was used.

This 16th day of August.

WILLIAM P. MILLER
U.S. BANKRUPTCY ADMINISTRATOR

By s/Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant Bankruptcy Administrator
State Bar No. 9422
101 S. Edgeworth St.
Greensboro, NC 27401
(336) 358-4179

CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

Grata Café, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Travis Sasser
Sasser Law Firm
Suite 300
2000 Regency Parkway
Cary, NC 27518

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Date: August 16, 2022.                    By: s/Shannon Gray
                                              Bankruptcy Analyst