UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

IN RE:

)
GRATA CAFÉ, LLC ) Case No. 22-80071
)
DEBTOR ) Chapter 11
_____ )

SECOND CERTIFICATION BY THE BANKRUPTCY ADMINISTRATOR AS TO
EVIDENCE OF TAX PAYMENTS MADE BY THE DEBTOR

Now Comes the United States Bankruptcy Administrator, by and through Counsel, and certifies to the Court that he has received documentary evidence that the Debtor made the following tax payments:

1. NC Withholding, period ending June 30, 2022, due July 15, 2022, paid $434.00 August 9, 2022.

This the 16th day of August 2022.

WILLIAM P. MILLER
U.S. BANKRUPTCY ADMINISTRATOR

By s/Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant Bankruptcy Administrator
State Bar No. 9422
101 S. Edgeworth St.
Greensboro, NC 27401
(336) 358-4179

CERTIFICATE OF SERVICE

      This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

Grata Café, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Travis Sasser
Sasser Law Firm
Suite 300
2000 Regency Parkway
Cary, NC 27518

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Date: August 16, 2022.                By: s/Shannon Gray
                                                    Bankruptcy Analyst