UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
|    GRATA CAFÉ, LLC | ) | Case No. 22-80071 |
|    DEBTOR | ) | Chapter 11 |
| _____ | ) | |

THIRD CERTIFICATION BY THE BANKRUPTCY ADMINISTRATOR AS TO EVIDENCE OF TAX PAYMENTS MADE BY THE DEBTOR

    Now Comes the United States Bankruptcy Administrator, by and through Counsel, and certifies to the Court that he has received documentary evidence that the Debtor made the following federal tax payments related to 941 employer liability:

A.

| | | |
|---|---|---|
| 1. | 5/10/22 | $1892.49 |
| 2. | 6/14/22 | $1970.72 |
| 3. | 8/8/22 | $2,217.77 |
| 4. | 8/8/22 | $1824.37 |
| 5. | 8/17/22 | $1911.75. |
| | Total | $9817.10 |

B.  Further, the Debtor has provided a reconciliation which shows federal 941 taxes due of $11,646.85 for the second quarter.

C.  The Debtor has also provided a receipt for a federal tax payment made 4/20/22 in the amount of $1829.75. However, this receipt shows that it is for Quarter 1 taxes. Upon information and belief, the Debtor states that this was a payment for Quarter 2, which was mislabeled, which would balance payments against taxes due.

    This the 17th day of August 2022.

                                                WILLIAM P. MILLER
                                              U.S. BANKRUPTCY ADMINISTRATOR

                                              By s/Robert E. Price, Jr.
                                              Robert E. Price, Jr.
                                              Assistant Bankruptcy Administrator
                                              State Bar No. 9422

101 S. Edgeworth St.
Greensboro, NC 27401
(336) 358-4179