# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Grata Café LLC | ) | Case No.   22-80071 |
| | ) | |
| | ) | |
| _____Debtor(s)_____ | ) | |

## **AFFIDAVIT**

I, <u>Nicole Farabee</u>, being first duly sworn, says as follows:

I am the Financial Estate Analyst for the Office of the U.S. Bankruptcy Administrator Middle District of North Carolina (BA). I have a Bachelor of Science degree is Business Management and have been employed with the BA office for over eight (8) years.

I have worked in private business for the past 20 years with numerous companies.   My experience comes from day-to-day management of operations and preparation and review of all types of financial information for small businesses.

I have reviewed the monthly reports that have been filed by the Debtor from March 8th to June 30th.   I have done a chart to show the Income and Expense with the Profit/Loss for each month from March 8th to June 30th.   This chart is attached as Exhibit A and is true and accurate based on the monthly reports that have been filed on the docket.

As of today's date, the July monthly report has not been filed.

DATE: _8-24-22_

Nicole Farabee
Financial Estate Analyst
Office of the U.S. Bankruptcy Administrator
Middle District of North Carolina
101 S. Edgeworth St.
Greensboro, North Carolina 27401
telephone: (336) 358-4170

Sworn to and subscribed before me this
the _24_ day of August 2022.

_____
NOTARY PUBLIC

My Commission Expires: _August 12, 2023_

SHANNON D. GRAY
NOTARY PUBLIC
CHATHAM COUNTY, NC
Commission Expires _8-12-2023_

EXHIBIT A

**Grata Café**

**B-22-80071**

| | March 8-31st | April | May | June |
|---|---|---|---|---|
| **CASH** | | | | |
| Beginning Balance | 1,258.58 | (53.39) | 1,851.26 | 927.04 |
| | | | | |
| Receipts | 34,309.25 | 45,263.28 | 56,142.65 | 46,576.99 |
| Disbursements | 35,621.22 | 43,358.63 | 57,066.87 | 48,343.65 |
| | | | | |
| Surplus/(Deficit) | (1,311.97) | 1,904.65 | (924.22) | (1,766.66) |
| | | | | |
| Adj. so ending balance equals rep | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| **Ending Balance** | (53.39) | 1,851.26 | 927.04 | (839.62) |

CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

Grata Café, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Travis Sasser
Sasser Law Firm
Suite 300
2000 Regency Parkway
Cary, NC 27518

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Date: August 24, 2022.

By: s/Nicole Farabee
Financial Estate Analyst