**SO ORDERED.**

**SIGNED this 1st day of September, 2022.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re:<br><br>Grata Café, LLC,<br><br>        Debtor | Case No: B-22-80071 |

### ORDER DISMISSING CASE

This Case coming on to be heard and being heard before the above signed Bankruptcy Judge presiding on September 1, 2022, on the Motion of the Bankruptcy Administrator to Dismiss Case pursuant to 11 U.S.C. § 1112, and it appearing to the Court that due notice was given of this hearing, at which Philip Sasser, Esq., attorney for the Debtor, and Robert E. Price, Jr., Assistant Bankruptcy Administrator, appeared. Mr. Jay Radford, the principal of the Debtor, was also present.

Upon a review of the record in this case, and consideration of the arguments of counsel, cause exits to dismiss this case for the reasons stated in open court on the record.

NOW, THERE, IT IS ORDERED that this case be, and herby is, DISMISSED.

END OF DOCUMENT

PARTIES TO BE SERVED
22-80071

Grata Café, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Philip Sasser	via electronic filing