United States Bankruptcy Court

Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 22-80071-lmj |
| Grata Cafe, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 01, 2022 | Form ID: 241 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Jerome Radford, 200 N. Greensboro Street, Suite B12, Carrboro, NC 27510-1867 |
| 786230526 | + | Boer Brothers, Attn: Managing agent, 104-R NC Hwy 54 West #333, Carrboro, NC 27510-1597 |
| 786230527 | + | Bonneville Electric, Attn: Managing agent, 210 B Maple Avenue, Carrboro, NC 27510-2392 |
| 786230531 | + | CFG Merchant Solutions, Attn: Managing Agent/Bankruptcy, 180 Maiden Lane 15th Floor, New York, NY 10038-5150 |
| 786230529 | + | Carr Mill Mall Limited Partnership, Attn: Managing Agent, Post Office Box 673, Carrboro, NC 27510-0673 |
| 786230530 | + | Carrboro Coffee Roasters, Attn: Managing agent, 101 S. Greensboro Street, Carrboro, NC 27510-2338 |
| 786230532 | + | Chubb & Son, Attn: Managing Agent/Bankruptcy, 600 Independence Parkway, Chesapeake, VA 23320-5190 |
| 786249884 | | Chubb Indemnity Insurance Company c/o Chubb, 202A Hall's Mill Road - 2E, Whitehouse Station, NJ 08889 |
| 786230533 | + | Complete Funding Group, Attn: Managing agent, 333 City Blvd. W. Suite 1700, Orange, CA 92868-5905 |
| 786230534 | + | Dominion Energy, Attn: Managing Agent/Bankruptcy, Post Office Box 100256, Columbia, SC 29202-3256 |
| 786230536 | + | Ecolab Pest, Attn: Managing Agent/Bankruptcy, Post Office Box 9658, Minneapolis, MN 55440-9658 |
| 786246063 | | Glenn B. Lassiter, Jr., POBox 1460, Pittsboro, NC 27312-1460 |
| 786230537 | + | Golden Malted, Attn: Managing agent, 4101 William Richardson Drive, South Bend, IN 46628-9485 |
| 786230538 | + | Green Grass Capital, Attn: Managing agent, 1 Whitehall Street, Suite 200, New York, NY 10004-2109 |
| 786230539 | + | Greenberg, Grant & Richard, Inc, 5858 Westheimer Road, Ste 500, Houston, TX 77057-5645 |
| 786230540 | + | Haw River Wine Man, Attn: Managing agent, PO Box 2043, Burlington, NC 27216-2043 |
| 786230541 | + | Independent Funding Group, Attn: Managing agent, 1829 Coney Island Avenue, Brooklyn, NY 11230-6546 |
| 786230543 | + | Intuit Payroll Services, EMS Risk Management, 6884 Sierra Center Parkway, Reno, NV 89511-2210 |
| 786230544 | + | Jose Juan Garcia, 1100 Poplar Avenue, Garner, NC 27529-3835 |
| 786250801 | + | LEAF Capital Funding, LLC, 100-9656198-001, c/o Legal Department, 2005 Market St. 14th Floor, Philadelphia, PA 19103-7009 |
| 786230545 | + | Lilly's Gourmet Pasta, Attn: Managing agent, 1528 Tremont Street, Boston, MA 02120-2928 |
| 786230567 | | North Carolina Department of Commerce, Division of Employment Security, P.O. Box 26504, Raleigh, NC 27611-6504 |
| 786230548 | + | NuCo2, Attn: Managing Agent, PO Box 9011, Stuart, FL 34995-9011 |
| 786230584 | + | Orange County Taxes, Gateway Center Building, 228 S Churton Street, Suite 200, Hillsborough, NC 27278-2540 |
| 786230550 | + | Pepsi, Attn: Managing Agent, 700 Anderson Hill Road, Purchase, NY 10577-1444 |
| 786234565 | + | Pepsi Bottling Venutres, 34 Seymour Street, Tonawanda, NY 14150-2126 |
| 786230551 | + | Performance Food Service, Attn: Managing Agent/Bankruptcy, 543 12th Street Drive NW, Hickory, NC 28601-4754 |
| 786247456 | + | Performance Food Service Corp., PFGC ATTN: Drew McVeety, PO Drawer 60163, Charlotte NC 28260-0163 |
| 786230552 | | Pinnacle Credit Services, Attn: Bankruptcy Department, PO Box 740933, Dallas, TX 75374-0933 |
| 786230553 | + | ProGuard Service & Solution, Atttn: Managing Agent/Bankruptcy, Post Office Box 32027, New York, NY 10087-2027 |
| 786246064 | + | SPARROW & SONS, INC., 305 WEAVER STREET, CARRBORO, NC 27510-2021 |
| 786230554 | + | Secure Capital Solutions, Attn: Managing agent, 1829 Coney Island Avenue, Brooklyn, NY 11230-6546 |
| 786230555 | + | Sparrow & Sons Plumbing & Heating, Attn: Managing Agent/Bankruptcy, 305 W. Weaver Street, Carrboro, NC 27510-2021 |
| 786230556 | + | Spothopper, LLC, Attn: Managing agent, 324 E. Wisconsin Avenue, Suite 710, Milwaukee, WI 53202-4320 |
| 786230557 | + | Tarheel Linen Service, Attn: Managing Agent/Bankruptcy, Post Office Box 15028, Durham, NC 27704-0028 |
| 786230558 | + | Tayne Law Group, 135 Pinelawn Road, Suite 250M, Melville, NY 11747-3122 |
| 786230559 | + | The Hartford, Attn: Managing Agent/Bankruptcy, Post Office Box 660916, Dallas, TX 75266-0916 |
| 786230561 | + | Toast Capital, Attn: Managing agent, 401 Park Drive, Suite 801, Boston, MA 02215-3372 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jradford109@gmail.com | Sep 01 2022 18:06:00 | Grata Cafe, LLC, 200 N. Greensboro Street, Suite B12, Carrboro, NC 27510-1867 |

| District/off: 0418-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2022 | Form ID: 241 | Total Noticed: 56 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| 786230528 | | EDI: CAPITALONE.COM | Sep 01 2022 22:18:00 | Capital One Bank USA, Attn: Managing Officer, 15000 Capital One Dr, Richmond, VA 23238 |
| 786230535 | | Email/Text: lynn.colombo@duke-energy.com | Sep 01 2022 18:07:00 | Duke Energy, Attn: Managing Agent/Bankruptcy, PO Box 960, Cincinnati, OH 45201-0960 |
| 786230582 | + | Email/Text: des.ui.bankruptcy@commerce.nc.gov | Sep 01 2022 18:07:00 | Employment Security Commission, PO Box 26504, Raleigh, NC 27611-6504 |
| 786230542 | | EDI: IRS.COM | Sep 01 2022 22:18:00 | Internal Revenue Service, Centralized Insolvency Operations, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 786230546 | | Email/Text: ServicingAdmin@navitascredit.com | Sep 01 2022 18:06:00 | Navitas Credit Corp, 201 Executive Center Drive, Suite 100, Columbia, SC 29210 |
| 786230581 | + | EDI: NCDEPREV.COM | Sep 01 2022 22:18:00 | NC Department of Revenue, PO Box 1168, Raleigh, NC 27602-1168 |
| 786230547 | | EDI: NCDEPREV.COM | Sep 01 2022 22:18:00 | NC Department of Revenue, Office Serv. Div., Bankruptcy Unit, Post Office Box 1168, Raleigh., NC 27602-1168 |
| 786230566 | | EDI: NCDEPREV.COM | Sep 01 2022 22:18:00 | North Carolina Department of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 786256486 | | EDI: NCDEPREV.COM | Sep 01 2022 22:18:00 | North Carolina Department of Revenue, Bankruptcy Unit, PO Box 1168, Raleigh, NC 27602-1168 |
| 786230549 | + | Email/Text: FACS_Support@paychex.com | Sep 01 2022 18:07:00 | Paychex, Inc., 15501 Weston Parkway, Suite 100, Cary, NC 27513-8636 |
| 786230560 | | Email/Text: marisa.sheppard@timepayment.com | Sep 01 2022 18:07:00 | Time Payment, Attn: Managing Agent, 10-M Commerce Way, Woburn, MA 01801 |
| 786243020 | + | Email/Text: marisa.sheppard@timepayment.com | Sep 01 2022 18:07:00 | TimePayment Corp., 200 Summit Drive, Suite 100, Burlington, MA 01803-5274 |
| 786230583 | + | Email/Text: USANCM.BankruptcyMail@usdoj.gov | Sep 01 2022 18:07:00 | US Attorneys Office, 101 S. Edgeworth St, 4th fl, Greensboro NC 27401-6045 |
| 786230562 | | Email/Text: bankruptcyecf.shared@usfoods.com | Sep 01 2022 18:07:00 | US Foods, Inc., Attn: Managing agent, 1500 NC Highway 39, Zebulon, NC 27597 |
| 786230564 | + | Email/Text: USANCE.Bankruptcy@usdoj.gov | Sep 01 2022 18:07:00 | United States Attorney, 150 Fayetteville Street, Suite 2100, Raleigh, NC 27601-2959 |
| 786230565 | ^ | MEBN | Sep 01 2022 18:07:22 | United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. N.W., Washington, DC 20530-0001 |
| 786230563 | + | Email/Text: gmatta@vendlease.net | Sep 01 2022 18:07:00 | Vend Lease Company, Inc., Attn: Managing Agent, 8100 Sandpiper Cir, Suite 300, Baltimore, MD 21236-4992 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 01, 2022 | Form ID: 241 | Total Noticed: 56 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Travis Sasser | on behalf of Debtor Grata Cafe LLC travis@sasserbankruptcy.com |
| William Miller | susan_gattis@ncmba.uscourts.gov bill_miller@ncmba.uscourts.gov |

TOTAL: 2

Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−80071

IN THE MATTER OF:
Grata Cafe, LLC    86−2871884
fdba Grata Cafe and Market, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

   Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 9/1/22

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 9/1/22                                                                                     OFFICE OF THE CLERK/ tls