United States Bankruptcy Court
Middle District of North Carolina

In re:  Case No. 22-80071-lmj
Grata Cafe, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0418-1  User: admin  Page 1 of 1
Date Rcvd: Sep 01, 2022  Form ID: pdf099  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Jerome Radford, 200 N. Greensboro Street, Suite B12, Carrboro, NC 27510-1867 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jradford109@gmail.com | Sep 01 2022 18:06:00 | Grata Cafe, LLC, 200 N. Greensboro Street, Suite B12, Carrboro, NC 27510-1867 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Travis Sasser | on behalf of Debtor Grata Cafe LLC travis@sasserbankruptcy.com |
| William Miller | susan_gattis@ncmba.uscourts.gov bill_miller@ncmba.uscourts.gov |

TOTAL: 2

**SO ORDERED.**

**SIGNED this 1st day of September, 2022.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re:<br><br>Grata Café, LLC,<br><br>          Debtor | Case No:  B-22-80071 |

### ORDER DISMISSING CASE

This Case coming on to be heard and being heard before the above signed Bankruptcy Judge presiding on September 1, 2022, on the Motion of the Bankruptcy Administrator to Dismiss Case pursuant to 11 U.S.C. § 1112, and it appearing to the Court that due notice was given of this hearing, at which Philip Sasser, Esq., attorney for the Debtor, and Robert E. Price, Jr., Assistant Bankruptcy Administrator, appeared. Mr. Jay Radford, the principal of the Debtor, was also present.

Upon a review of the record in this case, and consideration of the arguments of counsel, cause exits to dismiss this case for the reasons stated in open court on the record.

NOW, THERE, IT IS ORDERED that this case be, and herby is, DISMISSED.

END OF DOCUMENT

PARTIES TO BE SERVED
22-80071

Grata Café, LLC
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Jerome Radford
200 N. Greensboro Street
Suite B12
Carrboro, NC 27510

Philip Sasser					via electronic filing